### Administrators of Bebee and Executors of Brewer *against* Charles Miller.

*One of two joint obligees dies, the right of action is in survivor, and if both die, representatives of both cannot join.*

THE Chief Justice delivered the opinion of the Court.

This action was founded on a bond given by *Miller*, payable to *Brewer* and *Bebee* jointly. *Bebee* died intestate, and administration was granted on his estate to one *Newbold*. *Brewer* died, having appointed by his will two executors. The suit is brought in the name of *Newbold* and the executors of *Brewer*. On the death of *Bebee* the right of action vested in the survivor *Brewer*, and on his death it went to his executors. Our Statute has not altered the common law doctrine of survivorship as it relates to joint obligees. The joinder of *Bebee's* administrator is a misjoinder, and was properly taken advantage of on a motion in arrest of judgment. Judgment affirmed.